[No. 10095-9-II. Division Two. March 3, 1987.]

*In the Matter of* HEATHER JEAN EVANS.

Appeal from a judgment of the Superior Court for Kitsap County, No. 86-5-00001-4, Robert L. Charette, J., entered

June 25, 1986. *Reversed* by unpublished opinion per Worswick, J., concurred in by Reed, C.J., and Petrich, J.